WILLENKEN LLP
Jason H. Wilson, Esq. (ID No. 140269)
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone No.: (213) 955-8020
Facsimile No.: (213) 955-9250
jwilson@willenken.com

STEVENS & LEE
Nicholas P. Eliades, Esq. (ID No. 351805)
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6764
Facsimile No.: (610) 371-8592
Nicholas.eliades@stevenslee.com

*Attorneys for Defendant,*
*Arizona Beverages USA, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FURMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | CASE NO. 2:25-cv-01575-DJC-DMC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT (L.R. 144)** |

Pursuant to Eastern District Local Rule 144, plaintiff, Melissa Furman ("Plaintiff"), and defendant, Arizona Beverages USA LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

The existing due date for Defendant to file an answer and/or otherwise to respond to Plaintiff's Complaint is June 12, 2025;

Because of the complexities presented in the Complaint and the likelihood that a motion to dismiss will be filed, additional time is necessary to afford the parties time to attend to the meet and confer process prior to the filing of that motion as required by the Court's standing

STIPULATION AND ORDER EXTENDING TIME TO RESPOND                    -1-

06/06/2025 SL1 3008134v1 115260.00021

1  order; and

2  There have been no prior requests for an extension.

3  Accordingly, the time and deadline for Defendant to file an answer and/or otherwise to
4  respond to Plaintiff's Complaint is extended up to and including July 1, 2025.

| LAW OFFICES OF TODD M. FRIEDMAN, P.C. | STEVENS & LEE |
|---|---|
| By: */s/ Todd M. Friedman* | By: */s/ Nicholas P. Eliades* |
| Todd M. Friedman | Nicholas P. Eliades |
| Attorneys for Plaintiff | Attorneys for Defendant |
| Law Offices of Todd M. Friedman, P.C. | Stevens & Lee |
| 21031 Ventura Boulevard, Suite 340 | 669 River Drive, Suite 201 |
| Woodland Hills, California 91364 | Elmwood Park, New Jersey 07407 |
| Telephone: 323-306-4234 | Telephone: 201-857-6764 |
| tfriedman@toddflaw.com | nicholas.eliades@stevenslee.com |

In accordance with the foregoing stipulation, IT IS SO ORDERED.

Dated:  June 6, 2025               /s/ Daniel J. Calabretta
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE