UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FURMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | CASE NO. 2:25-CV-01575-DJC-DMC<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO SEAL** |

For the reasons set forth in the Request to Seal filed by Defendant, Arizona Beverages USA LLC ("Defendant"), and for compelling reasons and good cause shown, pursuant to Local Rules of Practice for the United States District Court, Eastern District of California, Local Rule 141, the Court ORDERS as follows:

- The entirety of Exhibit 1 to the Declaration of Todd Christiansen executed on June 5, 2025, filed in support of Defendant's Notice of Removal, is permanently sealed.

IT IS SO ORDERED.

Dated: June 11, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

06/06/2025 SL1 3009900v1 115260.00021