WILLENKEN LLP
Jason H. Wilson, Esq. (ID No. 140269)
707 Wilshire Boulevard, Suite 4100 Los Angeles, California 90017
Telephone No.: (213) 955-8020
Facsimile No.: (213) 955-9250
jwilson@wi llenken.com

STEVENS & LEE
Robert P. Donovan, Esq.
(Admitted Pro Hae Vice)
669 River Drive, Suite 201 Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6778
Facsimile No.: (610) 371-7938
Robert. Donovan@stevenslee.com

*Attorneys for Defendant,
Arizona Beverages USA, LLC*

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FURMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>    Defendant. | Case No.:   2:25-cv-01575-DJC-DMC<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT (L.R. 144)** |

Pursuant to Eastern District Local Rule 144, plaintiff, Melissa Furman ("Plaintiff"), and defendant, Arizona Beverages USA LLC ("Defendant"), by and through their respective counsel, hereby stipulate and agree as follows:

The existing due date for Defendant to file an answer and/or otherwise to respond to Plaintiffs First Amended Complaint (ECF No. 13, "FAC") is August 1, 2025;

Because of the complexities presented in the FAC and the additional allegations contained therein, additional time is necessary to prepare and to file a responsive pleading; and

There have been no prior requests for an extension with respect to the date to respond to the FAC.

Accordingly, the time and deadline for Defendant to file an answer and/or otherwise to respond to Plaintiffs FAC is extended up to and including August 11, 2025.

| LAW OFFICES OF TODD M. FRIEDMAN, P.C. | STEVENS & LEE |
|---|---|
| By: /s/ Todd M. Friedman<br>Todd M. Friedman<br>Attorneys for Plaintiff<br><br>Law Offices of Todd M. Friedman, P.C.<br>21031 Ventura Boulevard, Suite 340<br>Woodland Hills, California 91364<br>Telephone: 323-306-4234<br>tfriedman@toddflaw.com | By: /s/ Robert P. Donovan<br>Robert P. Donovan<br>Attorneys for Defendants<br><br>Stevens & Lee<br>669 River Drive, Suite 201<br>Elmwood Park, New Jersey 07407<br>Telephone: 201-857-6778<br>robert.donovan@stevenslee.com |

In accordance with the foregoing stipulation, IT IS SO ORDERED.

Dated: July 29, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE