1   WILLENKEN LLP
    Jason H. Wilson, Esq. (ID No. 140269)
2   707 Wilshire Boulevard, Suite 4100
    Los Angeles, California 90017
3   Telephone No.: (213) 955-8020
    Facsimile No.: (213) 955-9250
4   jwilson@willenken.com

5   STEVENS & LEE
    Robert P. Donovan, Esq.
6   (Admitted *Pro Hac Vice*)
7   669 River Drive, Suite 201
    Elmwood Park, New Jersey 07407
8   Telephone No.: (201) 857-6778
    Facsimile No.: (610) 371-7938
9   Robert. Donovan@stevenslee.com

10  *Attorneys for Defendant,*
    *Arizona Beverages USA, LLC*
11

12                  UNITED STATES DISTRICT COURT
13                  EASTERN DISTRICT OF CALIFORNIA

14

15  MELISSA FURMAN, individually and on        CASE NO. 2:25-cv-01575-DJC-DMC
    behalf of all others similarly situated,
16                                             **STIPULATION REQUESTING TO**
            Plaintiff,                         **RESCHEDULE INITIAL SCHEDULING**
17                                             **CONFERENCE AND TO ALLOW**
        v.                                     **CONFERENCE TO BE CONDUCTED BY**
18                                             **VIDEO ( L.R. 174)**
    ARIZONA BEVERAGES USA, LLC,
19
            Defendant.
20

21
22          Pursuant to Section IV of the Court's Standing Order, and Eastern District Local Rule
23  174, plaintiff, Melissa Furman ("Plaintiff"), and defendant, Arizona Beverages USA LLC
24  ("Defendant"), by and through their respective counsel, hereby stipulate and respectfully request
25  the following:
26          The Court has scheduled an in person initial scheduling conference for August 28, 2025
27  at 1:30 p.m. (ECF No. 18, "Conference");
28                                          -1-
    STIPULATION REQUESTING RESCHEDULING OF CONFERENCE AND ALLOWING APPEARANCE BY
                                        VIDEO

1    Lead counsel for Defendant, Robert P. Donovan, is unavailable to appear at the

2    Conference on August 28, 2025 due to a previously planned vacation day;

3    The parties have met and conferred and respectfully request that the Court consider

4    rescheduling the Conference to September 25, 2025;

5    Because of the location of respective lead counsel, the parties also respectfully request

6    that, pursuant to L.R. 174, counsel for the parties be permitted to appear at the Conference by

7    video conferencing.

8    There have been no prior requests to reschedule the Conference.

9    Accordingly, the Conference is hereby rescheduled to take place on September 25, 2025,

10   at 1:30 PM, and counsel is permitted to appear at the Conference by video conferencing.

11

12   LAW OFFICES OF TODD M. FRIEDMAN, P.C.          STEVENS & LEE

13   By: */s/ Adrian Bacon*          By: */s/ Robert P. Donovan*

14   Adrian Bacon, Esq.          Robert P. Donovan
     Attorneys for Plaintiff          Attorneys for Defendant

15
     Law Offices of Todd M. Friedman, P.C.          Stevens & Lee
16   21031 Ventura Boulevard, Suite 340          669 River Drive, Suite 201
     Woodland Hills, California 91364          Elmwood Park, New Jersey 07407
17   Telephone: 323-306-4234          Telephone: 201-857-6778
18   ABacon@toddflaw.com          robert.donovan@stevenslee.com

19

20   In accordance with the foregoing stipulation, IT IS SO ORDERED.

21

22

23   Dated: August 13, 2025          /s/ Daniel J. Calabretta
                                       THE HONORABLE DANIEL J. CALABRETTA
24                                     UNITED STATES DISTRICT JUDGE

25

26

27

28
STIPULATION REQUESTING RESCHEDULING OF CONFERENCE AND ALLOWING APPEARANCE BY
VIDEO