WILLENKEN LLP
Jason H. Wilson, Esq. (ID No. 140269)
707 Wilshire Boulevard, Suite 4100
Los Angeles, California 90017
Telephone No.: (213) 955-8020
Facsimile No.: (213) 955-9250
jwilson@willenken.com

STEVENS & LEE
Robert P. Donovan, Esq.
(Admitted *Pro Hac Vice*)
669 River Drive, Suite 201
Elmwood Park, New Jersey 07407
Telephone No.: (201) 857-6778
Facsimile No.: (610) 371-7938
Robert. Donovan@stevenslee.com

*Attorneys for Defendant,*
*Arizona Beverages USA, LLC*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELISSA FURMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | CASE NO. 2:25-cv-01575-DJC-DMC<br><br>**STIPULATION REQUESTING TO EXTEND DEADLINES FOR DEFENDANT TO RESPOND TO MOTION TO REMAND AND FOR PLAINTIFF'S REPLY (L.R. 144)** |

Pursuant to Eastern District Local Rule 144, plaintiff, Melissa Furman ("Plaintiff"), and defendant, Arizona Beverages USA LLC ("Defendant"), by and through their respective counsel, hereby stipulate and respectfully agree to the following:

On August 15, 2025, Plaintiff filed a motion to remand this action that has a hearing date of October 16, 2025 at 1:30 pm (ECF No. 21, "Remand Motion");

Defendant's deadline to file a response in opposition to the Remand Motion is August 29, 2025 and Plaintiff's deadline to file a reply is September 9, 2025;

      Given the vacation schedule of lead counsel for Defendant, and complexities presented in the Remand Motion, additional time is needed for the parties to file their respective briefs;

      The parties have met and conferred and respectfully request that the Court consider extending Defendant's deadline to file a response, in opposition to the Remand Motion, to September 16, 2025, and to extend the deadline for Plaintiff's reply to September 30, 2025; and

      There have been no prior requests to extend the deadline for filing briefs concerning the Remand Motion.

      Accordingly, Defendant's deadline to file a response in opposition to the Remand Motion is hereby extended up to and including September 16, 2025 and the deadline for Plaintiff to file a reply is extended up to and including September 30, 2025.

| | |
|---|---|
| LAW OFFICES OF TODD M. FRIEDMAN, P.C. | STEVENS & LEE |
| By: */s/ Adrian R. Bacon, Esq.* <br> Adrian R. Bacon, Esq. <br> Attorneys for Plaintiff | By: */s/ Robert P. Donovan, Esq.* <br> Robert P. Donovan, Esq. <br> Attorneys for Defendant |
| Law Offices of Todd M. Friedman, P.C. <br> 21031 Ventura Boulevard, Suite 340 <br> Woodland Hills, California 91364 <br> Telephone: 323-306-4234 <br> abacon@toddflaw.com | Stevens & Lee <br> 669 River Drive, Suite 201 <br> Elmwood Park, New Jersey 07407 <br> Telephone: 201-857-6778 <br> robert.donovan@stevenslee.com |

In accordance with the foregoing stipulation, IT IS SO ORDERED.

Dated: August 26, 2025          /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE