UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| MELISSA FURMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA BEVERAGES USA, LLC<br><br>Defendant. | CASE NO.<br><br>2:25-cv-01575-DJC-DMC<br><br>**RE: PLAINTIFF'S WITHDRAWAL OF MOTION TO REMAND AND DEFENDANT'S WAIVER OF THE INADEQUATE REMEDY AT LAW DEFENSE** |
|---|---|

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, the motion to remand (ECF No. 21) is withdrawn.

Further, Defendant has waived the inadequate remedy at law defense regarding Plaintiff's claims for equitable remedies contained in the first amended complaint.

Dated: September 26, 2025    /s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE