**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA FURMAN, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARIZONA BEVERAGES USA, LLC<br><br>Defendant. | CASE NO.<br><br>2:25-cv-01575-DJC-DMC<br><br>**ORDER GRANTING WITHDRAWAL OF MOTION** |

IT IS HEREBY ORDERED that pursuant to the Notice of Withdrawal of Plaintiff's Motion To Remand (ECF No. 21) that the Motion to Remand is WITHDRAWN and the hearing date of October 16, 2025 is VACATED.

Dated: September 26, 2025    /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE