

# United States District Court
# Eastern District of California

| MELISSA FURMAN |
| --- |

Plaintiff(s)

Case Number: | 2:25-CV-01575-DJC-DMC |
| --- |

V.

| ARIZONA BEVERAGES USA, LLC |
| --- |

APPLICATION FOR PRO HAC VICE
AND ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Catherin MacDuff, Esq.                          hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:
Defendant, Arizona Beverages USA, LLC

On      03/12/2021      (date), I was admitted to practice and presently in good standing in the
     Supreme Court of New Jersey      (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:      01/06/2026      Signature of Applicant: /s/ Catherin MacDuff

**Pro Hac Vice Attorney**

Applicant's Name: Catherin MacDuff, Esq.

Law Firm Name: Stevens & Lee PC

Address: 510 Carnegie Center Drive

Suite 400

City: Princeton    State: NJ    Zip: 08540

Phone Number w/Area Code: (609) 718-0932

City and State of Residence: Lawrenceville, NJ 08648

Primary E-mail Address: catherin.macduff@stevenslee.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Jason H. Wilson, Esq.

Law Firm Name: Willenken LLP

Address: 707 Wilshire Boulevard

Suite 4100

City: Los Angeles    State: CA    Zip: 90017

Phone Number w/Area Code: (213) 955-8020    Bar # 140269

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  January 12, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE