AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

For the Eastern    District of    California

MELISSA FURMAN, individually, and on
behalf of others similarly situated,
                                    Plaintiff (s),

V.

ARIZONA BEVERAGES USA, LLC

                                    Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER:  2:25-CV-01575-DJC-DMC

Notice is hereby given that, subject to approval by the court,    ARIZONA BEVERAGES USA, LLC   substitutes
                                                                 (Party (s) Name)

RENATA A. GUIDRY                  , State Bar No.    227713        as counsel of record in place
(Name of New Attorney)

place of    Robert P. Donovan and Nicolas P. Eliades of STEVENS & LEE,  and Jason H. Wilson of WILLENKEN LLP         .
Catherin MacDuf; Christopher A. McDonald    (Name of Attorney (s) Withdrawing Appearance)    Michelle Millard

Contact information for new counsel is as follows:

Firm Name:    TARTER KRINSKY & DROGIN LLP

Address:    1880 Century Park East, Suite 1104, Los Angeles, California 90067

Telephone:    (424) 330-8760            Facsimile  (212) 216-8001

E-Mail (Optional):    rguidry@tarterkrinsky.com

I consent to the above substitution.

Date:    March 19, 2026

I consent to being substituted.

Date:    March 20, 2026

I consent to the above substitution.

Date:    March 19, 2026

Arizona Beverages USA, LLC

_____
(Signature of Party (s))

3/20/26    _____
Robert P. Donovan, on Behalf of Stevens & Lee

/s/ Jason S. Wilson, on Behalf of WILLENKEN LLP as authorized
on March 20, 2026 (Signature of Former Attorney (s))

/s/ Renata A. Guidry
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    March 30, 2026

_____
Daniel J. Calabretta
                    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]