**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA FURMAN, individually, and on behalf of others similarly situated, | CASE NO. 2:25-cv-01575-DJC-DMC |
| Plaintiff, | **STIPULATION MODIFYING SCHEDULING ORDER; AND ORDER** |
| v. | Assigned to: District Judge Daniel J. Calabretta<br>Referred to: Magistrate Judge Dennis M. Cota |
| ARIZONA BEVERAGES USA, LLC, | |
| Defendant. | Complaint filed: June 5, 2025<br>Final Pre-Trial Date: July 15, 2027<br>Trial Date: September 13, 2027 |

---

*ORDER RE STIPULATION MODIFYING SCHEDULING ORDER*

Case No. 2:25-cv-01575-DJC-DMC

## ORDER

PURSUANT TO STIPULATION, and for good cause shown, having reviewed the Parties' Stipulation Modifying Scheduling Order, IT IS HEREBY ORDERED that the Scheduling Order Deadlines ad extended as set forth below:

| Event | Current Deadlines | Proposed New Deadlines |
|---|---|---|
| Fact Discovery | June 3, 2026 | January 29, 2027 |
| Expert Initial Disclosure | October 9, 2026 | June 6, 2027 |
| Expert Report | November 6, 2026 | July 6, 2027 |
| Expert Discovery | December 4, 2026 | August 1, 2027 |
| Class Certification Motion Filing Deadline | May 29, 2026 | January 22, 2027 |
| Class Certification Hearing Deadline | July 9, 2026 at 1:30 p.m. | March 4, 2027, at 1:30 PM |
| Dispositive Motion Deadline | February 12, 2027 | October 10, 2027 |
| Dispositive Motion Hearing Deadline | April 1, 2027  at 1:30 p.m. | November 18, 2027, at 1:30 PM |
| Pre-Trial Conference | July 15, 2027 at 1:30 p.m. | March 9, 2028, at 1:30 PM |
| Jury Trial | September 13, 2027 at 8:30 a.m. | May 8, 2028, at 8:30 AM |

**IT IS SO ORDERED.**

Dated:  April 20, 2026                    /s/ Daniel J. Calabretta
                                                    THE HONORABLE DANIEL J. CALABRETTA
                                                    UNITED STATES DISTRICT JUDGE

*ORDER RE STIPULATION MODIFYING SCHEDULING ORDER*

Case No. 2:25-cv-01575-DJC-DMC