

United States District Court
Eastern District of California

| MELISSA FURMAN, individually, and on behalf of others similarly situated | |
|---|---|
| Plaintiff(s) | Case Number: 2:25-cv-01575-DJC-DMC |
| V. | |
| ARIZONA BEVERAGES USA, LLC | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Howard S. Wolfson _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendant ARIZONA BEVERAGES USA, LLC
_____

On _____06/22/1983_____ (date), I was admitted to practice and presently in good standing in the
____Supreme Court of the State of New York____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____


Date: _____05/27/2026_____        Signature of Applicant: /s/ Howard S. Wolfson _____

**Pro Hac Vice Attorney**

Applicant's Name: Howard S. Wolfson

Law Firm Name: TARTER KRINSKY & DROGIN LLP

Address: 1350 Broadway

City: New York (Manhattan)    State: NY    Zip: 10018

Phone Number w/Area Code: (212) 216-1132

City and State of Residence: Marlboro, New Jersey

Primary E-mail Address: hwolfson@tarterkrinsky.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Renata A. Guidry

Law Firm Name: TARTER KRINSKY & DROGIN LLP

Address: 1880 Century Park East, Suite 1104

City: Los Angeles    State: CA    Zip: 90067

Phone Number w/Area Code: (424) 425-7486    Bar # 227713

## **ORDER**

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:    May 27, 2026

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE