Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELISSA FURMAN, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA, LLC,<br><br>Defendant. | CASE NO. 2:25-cv-01575-DJC-DMC<br><br>**ORDER**<br><br>Assigned to: District Judge Daniel J. Calabretta<br>Referred to: Magistrate Judge Dennis M. Cota<br><br>Complaint filed: June 5, 2025<br>Final Pre-Trial Date: May 11, 2028<br>Trial Date: July 10, 2028 |

**ORDER**

PURSUANT TO STIPULATION, and for good cause shown, having reviewed the Parties' Second Stipulation Modifying Scheduling Order, IT IS HEREBY ORDERED that the Scheduling Order Deadlines ad extended as set forth below:

| **Event** | **Current Deadlines** | **Proposed New Deadlines** |
|---|---|---|
| Fact Discovery | January 29, 2027 | March 30, 2027 |
| Expert Initial Disclosure | June 6, 2027 | August 5, 2027 |
| Expert Report | July 6, 2027 | September 4, 2027 |
| Expert Discovery | August 1, 2027 | September 30, 2027 |
| Class Certification Motion Filing Deadline | January 24, 2027 | March 25, 2027 |
| Class Certification Hearing Deadline | March 6, 2027 | May 13, 2027 |
| Dispositive Motion Deadline | October 10, 2027 | December 9, 2027 |
| Dispositive Motion Hearing Deadline | November 11, 2027 | January 20, 2028 |
| Pre-Trial Conference | March 12, 2028 | May 18, 2028, at 1:30 PM |
| Jury Trial | May 11, 2028 | July 17, 2028, at 8:30 AM |

**IT IS SO ORDERED.**

Dated: October 16, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE